# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: Frederick L. Boudreau | § | Case No. 05-38371-H1-7 |
| Linda G. Bourreau | § | |
| | § | Chapter 7 |
| | § | |
| | § | MOTION TO PAY FUNDS INTO |
| | § | THE REGISTRY UNDER |
| Debtor(s). | § | 11 U.S.C. §347 (a) |

The undersigned trustee reports:

____ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

_X_ More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).


Dated: March 16, 2010                    /S/_____
                                         Ben B. Trustee
                                         700 Louisiana, Suite 4600
                                         Houston, Texas 77002

## CERTIFICATE OF SERVICE

I, Ben B. Floyd, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been mailed to Judy Robbins, U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas 77002 by First Class U.S. Mail, postage pre-paid, on this 16th day of March, 2011.

/S_____
Ben B. Floyd

**EXHIBIT "A"**

PLEASE CHECK ONE:

_____Small Dividends

\_\_X\_\_Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Chevron<br>P O Box 5010<br>Concord, CA 94529 | 3 | $12.91 |
| Brazos Valley Scho9ols<br>P O box 676<br>Katy, TX 77492 | 5 | $307.29<br>* |
| **TOTAL:** | | **$320.20*** |